**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANGELINA McAMIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER LEFEBURE and LVMPD,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00985-APG-CWH<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING COMLAINT WITH LEAVE TO AMEND**<br><br>(Dkt. ##1, 2) |

On June 3, 2015, Magistrate Judge Hoffman issued a Report and Recommendation in which he recommended that (1) plaintiff Angelina McAmis's request to proceed in forma pauperis be granted, (2) the clerk of court file the complaint on the record, and (3) the complaint be dismissed with leave to file an amended complaint which shows her claim is not barred by the relevant statute of limitations.  Judge Hoffman noted that it appears the two-year statute of limitations has run on McAmis's claim because the incident from which her claim arises occurred on December 5, 2012, but she did not file her complaint until May 27, 2015. (Dkt. #2 at 2.)  McAmis did not file an objection to Judge Hoffman's recommendations.

I conducted a *de novo* review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1).  Judge Hoffman's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision.  I therefore accept his recommendations.

IT IS THEREFORE ORDERED that plaintiff Angelina McAmis's request to proceed in forma pauperis **(Dkt. #1) is GRANTED**.  She shall not be required to pre-pay the full filing fee of four hundred dollars ($400.00).

IT IS FURTHER ORDERED that plaintiff Angelina McAmis is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.  This order granting leave to proceed in forma pauperis shall not extend to the issuance of subpoenas at government expense.

IT IS FURTHER ORDERED that the **clerk of court shall file the complaint (Dkt. #1-1)** but shall not issue summons.

IT IS FURTHER ORDERED that the **complaint is dismissed without prejudice**. McAmis shall have 30 days from the date of entry of this order to file an amended complaint that alleges facts showing her complaint is not barred by the applicable two-year statute of limitations, if she has a basis to do so. Failure to file an amended complaint within that time limit will result in dismissal with prejudice.

DATED this 4th day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2