UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGELINA MCAMIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER LEFEBURE and LVMPD,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00985-APG-CWH<br><br>**ORDER DISMISSING CASE** |

　　On August 4, 2015, I ordered plaintiff Angelina McAmis to file an amended complaint within 30 days or her case would be dismissed with prejudice. (Dkt. #3.) McAmis did not file an amended complaint.

　　IT IS THEREFORE ORDERED that this case is DISMISSED with prejudice.

　　DATED this 16th day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE